IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DREW E. BURBRIDGE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:17-CV-2482-RLW |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S CONSENT MOTION
FOR EXTENSION OF TIME TO ANSWER**

Defendant City of St. Louis hereby moves the Court for an extension of time, until and including November 9, 2017, to respond to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1. On September 28, 2017, Defendant was served with Plaintiff's Complaint.

2. Absent an extension of time, Defendant's response to Plaintiff's Complaint is due on October 19, 2017.

3. Due to the press of business and other intervening matters, including preparing for a preliminary injunction hearing in the U.S. District Court for the Eastern District of Missouri scheduled for October 18, 2017, the undersigned counsel requires an extension of time to respond to Plaintiff's Complaint.

4. As such, Defendant requests an extension of time of twenty-one (21) days, until and including November 9, 2017, to respond to Plaintiff's Complaint.

5. The undersigned counsel for Defendant has spoken to counsel for Plaintiff, and Plaintiff does not object to the relief requested in this motion.

6. This motion is not being brought to hinder or delay these proceedings, or for any other improper purpose.

WHEREFORE, and for all of the foregoing reasons, Defendant City of St. Louis respectfully requests the Court to grant Defendant an additional twenty-one (21) days, until and including November 9, 2017, to respond to Plaintiff's Complaint, and grant Defendant any such other and further relief the Court deems fair and appropriate.

> Respectfully submitted,
>
> JULIAN BUSH,
> City Counselor
>
>    /s/ H. Anthony Relys
> H. Anthony Relys, #63190MO
> Assistant City Counselor
> City Hall
> 1200 Market Street, Room 314
> St. Louis, MO  63103
> Tel: (314) 622-3361
> Fax: (314) 622.4956
> E-mail: RelysT@stlouis-mo.gov
>
> *Attorneys for Defendant City of St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, the foregoing **Defendant's Consent Motion for Extension of Time to Answer** was served via the Court's electronic filing system upon all counsel of record.

>    /s/ H. Anthony Relys
> H. Anthony Relys
> Assistant City Counselor

2