IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DREW E. BURBRIDGE and<br>JENNIFER L. BURBRIDGE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF ST. LOUIS, MISSOURI, et. al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Cause No. 4:17-cv-02482-RLW<br>)<br>)<br>)<br>) |

## **MOTION TO APPROVE PARTIAL VOLUNTARY DISMISSAL**

COME NOW Plaintiffs, by and through their undersigned counsel, and in response to the Motion to Dismiss (Doc. 10) filed by the City of St. Louis, and pursuant to Federal Rule of Civil Procedure 41, with consent of the City of St. Louis moves that the Court voluntarily dismisses Defendant The City of St. Louis from Counts V, VI, VII, VIII, and X.

Defendant City of St. Louis remains a Defendant in Counts I, II, III, IV, and IX

Respectfully submitted,

**NEWTON BARTH L.L.P.**

By:　/s/ *Talmage E. Newton IV*
　　　Talmage E. Newton IV, MO56647
　　　tnewton@newtonbarth.com
　　　Brandy B. Barth, MO56668
　　　bbarth@newtonbarth.com
　　　555 Washington Ave., Ste. 420
　　　St. Louis, Missouri 63101
　　　(314) 272-4490 – Telephone
　　　(314) 762-6710 – Facsimile

　　　Attorney for Plaintiffs

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's electronic filing system upon all parties of record on this 16th day of November 2017.

                /s/ ***T.E. Newton***