UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DREW E. BURBRIDGE and <br> JENNIFER L. BURBRIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ST. LOUIS, MISSOURI, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:17CV2482 RLW <br> ) <br> ) <br> ) <br> ) |

### ORDER OF PARTIAL DISMISSAL

Pursuant to the Motion to Approve Partial Voluntary Dismissal filed by the Plaintiffs with consent of Defendant City of St. Louis, Missouri,

**IT IS HEREBY ORDERED** that Counts V, VI, VII, VIII, and X are **DISMISSED** as to Defendant City of St. Louis, Missouri only.

**IT IS FURTHER ORDERED** that Defendant City of St. Louis, Missouri's Motion to Dismiss (ECF No. 10) is **DENIED** as **MOOT**.

Dated this 17th day of November, 2017.

*/s/ Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**