UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DREW E. BURBRIDGE, et al.,     )
                               )
     Plaintiffs,               ) Case No. 4:17-CV-2482 RLW
                               )
v.                             ) JURY TRIAL DEMANDED
                               )
CITY OF ST. LOUIS, et al.,     )
                               )
Defendants.                    )


DEFENDANTS' MOTION TO SUSPEND CASE MANAGEMENT ORDER AND
STAY DISCOVERY

Defendants respectfully move the Court to suspend the

case management order [doc. 41] herein and to stay further

discovery in this action pending consideration and

disposition of defendants' motion to consolidate discovery

in this action and other pending actions in the Eastern

District of Missouri, involving the same nucleus of

operative facts and many of the same parties.

Counsel conferred with plaintiffs' counsel this date;

plaintiffs' counsel advised that he opposes this motion.

A memorandum in support of this motion is filed

herewith.

Respectfully submitted,
JULIAN L. BUSH
CITY COUNSELOR

/s/ Robert H. Dierker
Robert H. Dierker 23671MO

                              Associate City Counselor
                              dierkerr@stlouis-mo.gov
                              Abby Duncan 67766MO
                              Assistant City Counselor
                              Meghan Bruyns 69987MO
                              Assistant City Counselor
                              Amy Raimondo 71291MO
                              Assistant City Counselor
                              1200 Market St.
                              City Hall, Rm 314
                              St. Louis, MO 63103
                              314-622-3361
                              Fax 314-622-4956

                    CERTIFICATE OF SERVICE
     I hereby certify that on January 3, 2019, the
foregoing was electronically filed with the Clerk of the
Court to be served by operation of the Court's electronic
filing system.
                              /s/ Robert H. Dierker 23671MO