**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DREW E. BURBRIDGE, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Cause No.: 4:17-cv-02482-RLW |
| | ) |
| CITY OF SAINT LOUIS, MISSOURI, et al. | ) |
| | ) |
|     Defendants. | ) |

## OPPOSITION TO MOTION TO CONSOLIDATE

Third-party Movant Michael Faulk joins in the Plaintiffs' Opposition to Consolidation of Discovery and incorporate the arguments made therein. Movant further states the following:

1. Movant Michael Faulk is Plaintiff in *Faulk v. City of St. Louis*, 4:18-cv-0308.

2. On January 3, 2019, Defendants in *Burbridge v. City of St. Louis*, No. 4:17-cv-2482 moved to consolidate discovery with Movants case and 22 other active cases.

3. All of the cases listed in the Motion to Consolidate stem from civil rights violations committed by Defendants against the various Plaintiffs at different times from September 15, 2017 to September 29, 2017.

4. Many of the cases relate to the same incident on September 17, 2017, when Defendants organized and executed an unlawful kettle of protestors in the City of St. Louis.

5. Nine of the cases sought to be consolidated, however, relate to incidents on different days from the kettling incident of September 17.

6. While the City of St. Louis is a common Defendant in each case, most cases have a unique set of Defendants.

1

7. From conversations with Defendants' counsel, Movant understand that the City believes that some witnesses will be able to provide information that relates to all 23 cases.

8. Movant agrees with the Burbridges and are also "willing to accommodate the City on key shared witness depositions related to 'pattern and practice', that can be accomplished through mutual agreement." Movant also agrees that "[a] blanket order of consolidation is unjust and overly burdensome."

9. Movant respectfully requests the Court to deny the motion to consolidate without prejudice. The attorneys for the various parties can then meet and confer regarding shared depositions.

WHEREFORE, for the reasons stated above, Movants respectfully request the Court to enter an order denying the motion.

Date: January 17, 2019                         RESPECTFULLY SUBMITTED,

ARCHCITY DEFENDERS, INC.

/s/Michael-John Voss

Blake A. Strode (MBE #68422MO)
Michael-John Voss (MBE #61742MO)
Sima Atri (MBE #70489MO)
John M. Waldron (MBE #70401MO)
440 N. 4th St., Suite 390
Saint Louis, MO 63102
855-724-2489 ext. 1021
314-925-1307 (fax)
bstrode@archcitydefenders.org
mjvoss@archcitydefenders.org
satri@archcitydefenders.org
jwaldron@archcitydefenders.org

and

David C. Nelson (MBE #46540MO)
Nelson and Nelson

420 N. High St. Belleville, IL 62220
618-277-4000 314-925-1307 (fax)
dnelson@nelsonlawpc.com

Attorneys for Plaintiffs