# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DREW E. BURBRIDGE and <br> JENNIFER L. BURBRIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ST. LOUIS, MISSOURI, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 4:17CV2482 RLW <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Suspend Case Management Order and Stay Discovery (ECF No. 51) and Alternative Motion to Amend Case Management Order (ECF No. 61). In addition, the parties have filed a Joint Update on Status, Request for a Case Management Conference, and Request for Amended Case Management Order. (ECF No. 65)

On February 20, 2019, the Court denied Defendants' Motion to Consolidate Discovery. Because Defendants' motion to suspend the Case Management Order ("CMO") and stay discovery is contingent upon on the disposition of the motion to consolidate, that motion is now moot. Alternatively, Defendants have requested additional time to complete discovery due to the pendency of the motion to consolidate. The Burbridges have no objection, and the parties have requested a status conference and amended CMO. The Court agrees that amendment of the CMO is warranted. Therefore, the Court will order the parties to submit an amended joint proposed scheduling plan to extend the remaining deadlines and the trial date. If the Court determines that a status conference is required, the Court will schedule one on its own motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Suspend Case Management Order and Stay Discovery (ECF No. 51) is **DENIED** as **MOOT.**

**IT IS FURTHER ORDERED** that Defendants' Alternative Motion to Amend Case Management Order (ECF No. 61) is **GRANTED.**

**IT IS FINALLY ORDERED** that the parties shall submit an amended joint proposed scheduling plan no later than **March 1, 2019**.

Dated this 20th day of February, 2019.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**