## Page 18

1    Q   For the large OC spray.
2    A   Correct.
3    Q   Do you know who that individual was that was
4 holding it?
5    A   No.
6    Q   Watch kind of as that individual moves
7 through the crowd here, and I'm going to ask if you're
8 able to identify him.
9        (Video played.)
10       THE WITNESS: I'm sorry. I already lost
11 him.
12    Q   You're fine. Let's go back to eight. Six.
13        (Video played.)
14    Q   Should be him on the right of the screen
15 with his hands near his pants. Do you know who that
16 individual is?
17    A   No.
18    Q   I'll represent to you that the individual in
19 that video that is being arrested is Drew Burbridge.
20    A   Okay.
21    Q   Why were you arresting Drew Burbridge?
22    A   I was detaining him.
23    Q   Why were you detaining him?
24    A   That was our orders.
25    Q   And who ordered you to do so?

## Page 19

1    A   My commanding officer.
2    Q   Did you observe Drew Burbridge violate the
3 law in any way?
4    A   No.
5    Q   Did he threaten you at any time?
6    A   No.
7    Q   Did he assault you?
8    A   No.
9    Q   You were told to detain him.
10    A   Yes.
11    Q   And I saw your pause. Were you told to
12 detain him specifically or were you told to start
13 detaining people?
14    A   People.
15    Q   How did you select individuals to be
16 detained?
17    A   I don't really think there was a method to
18 it. I just believed whoever was closest as we were
19 moving through the large group of people.
20    Q   So you couldn't say one way or another that
21 that individual or any of the individuals you detained
22 did or did not do anything that night.
23    A   Correct.
24    Q   You were acting on an order that said, hey,
25 officer, you're down here to help out, here's how

## Page 20

1 you're going to help out, start flex cuffing these
2 people.
3    A   Correct.
4    Q   Were you aware that that individual was
5 maced that night?
6    A   No.
7    Q   Did you mace anybody that night?
8    A   No.
9    Q   Did you ever hear while you were arresting
10 this individual in the video anyone threaten to deploy
11 chemical munitions on or towards him?
12    A   No.
13    Q   And to be clear, you just had your regular
14 kit that night, correct? You did not have any type of
15 riot gear?
16    A   Well, I guess you consider the gas mask part
17 of that. That would be the only thing I was wearing.
18    Q   Fair enough. Why were you wearing a gas
19 mask?
20    A   We were told to.
21    Q   Do you remember who told you to?
22    A   No.
23    Q   Do you have that as part of your equipment
24 in the car?
25    A   Yes. It's part of our weapons of mass

## Page 21

1 destruction kit, if you will.
2    Q   Is that something if I saw you -- well, not
3 tonight, you're not on patrol. If I went down and saw
4 John patrol officer and Jane patrol officer in the
5 car, would they have one?
6    A   They should.
7    Q   Did you write any reports as they relate to
8 this arrest?
9    A   No.
10    Q   Were you -- I'm sorry, I'm using the word
11 arrest. Detention. Is that fair?
12    A   That's correct. That's fair.
13    Q   Did you sign or swear out any tickets or
14 affidavits as it relates to this detention?
15    A   No.
16    Q   Did anyone ever ask you to fill out any
17 reports or affidavits regarding this detention?
18    A   No.
19    Q   Have you written any reports as they relate
20 to anything related to the Stockley verdict, protests
21 or civil unrest?
22    A   No.
23    Q   Has anyone ever asked you to?
24    A   No.
25    Q   At the conclusion of the events of this



EXHIBIT 20

P.O. Samuel Rachas

5/22/2019

Page 22

1 evening, Sunday, September 17, 2017, do you remember
2 receiving any emails, orders, memorandum, any type of
3 communication that directed you to file a report if
4 you had used any force or gone hands on with any
5 citizens?
6   A   Like specifically to me?
7   Q   Let's start with you. Directed to you.
8   A   Not that I can recall.
9   Q   Do you remember any at all, generalwise?
10  A   No.
11  Q   Did you receive at any point any specific
12 briefings or intelligence from anyone in the
13 department regarding the anticipated civil unrest
14 surrounding the Stockley verdict?
15  A   I'm sorry, can you --
16  Q   Yeah. So around this time it was highly
17 anticipated that a judge would be releasing the
18 verdict in the Stockley case.
19  A   Correct.
20  Q   Do you recall at any point receiving an
21 intelligence briefing or any type of specialized
22 instruction from the department regarding the police
23 response to that verdict?
24  A   No.
25  Q   And more specifically, just to the point,

Page 23

1 did anybody say, hey, stuff could get a little
2 sideways here. No matter what happens, here's the
3 game plan.
4   A   We were just directed that the verdict would
5 be -- we were given a heads up, if you will, that the
6 verdict would be released in X time frame, I guess to
7 give us time to prepare -- the department, I should
8 say, time to prepare.
9   Q   Did they do anything to prepare you for
10 that?
11  A   No.
12  Q   Any additional training?
13  A   No.
14  Q   Anybody say, hey, why don't you give those
15 special orders another quick review?
16  A   No.
17  Q   You had a roll call that night?
18  A   Yes.
19  Q   Do you remember anything about it?
20  A   General roll call. Nothing, I mean, that
21 would stick out.
22  Q   This is probably a question above your pay
23 grade, and if it is, just tell me. They had the civil
24 disobedience team there, correct?
25  A   Where?

Page 24

1   Q   Downtown that night?
2   A   Yes.
3   Q   And they were deployed at this intersection
4 that you see in the video, correct?
5   A   I would imagine so.
6   Q   You see a lot of these guys are wearing the
7 black tactical gear, right?
8   A   Yes.
9   Q   Why are you performing detentions with all
10 of these other people down there?
11       MR. LAIRD: Object to the form of the
12 question. Calls for speculation.
13 BY MR. NEWTON:
14  Q   If you know. Do you know why you're doing
15 this rather than the civil disobedience team guys?
16  A   I do not know. Those were the orders I was
17 given.
18  Q   So that night you had no specific special
19 orders, modified rules of engagement, training,
20 briefing to prepare you for entering this scene; is
21 that correct?
22  A   That's correct.
23  Q   It is just you were expecting a night of
24 patrol and got assigned to this.
25  A   Yes.

Page 25

1   Q   Since these events, have you received any
2 training from the department on crowd control, civil
3 disobedience, riot response?
4   A   No.
5   Q   Have you received any additional training
6 from the department specific to chemical weapons
7 deployment or use of force?
8   A   Outside of our general certification, annual
9 certification, no.
10  Q   Nothing that seems specifically tailored or
11 geared toward large crowd response.
12  A   No.
13  Q   And I think I asked this, but I just want to
14 be very direct about it.
15      Do you remember who was giving you
16 instructions down at this intersection on Sunday,
17 September 17, 2017?
18  A   No.
19  Q   Who was your sergeant that night?
20  A   In the district, it was Steve Schwartz.
21  Q   Was he down there? Again, "down there," was
22 he at the scene of the response that night?
23  A   At that scene, I don't recall like him being
24 there.
25  Q   It was not him directing you on what to do.

7 (Pages 22 to 25)

P.O. Samuel Rachas

5/22/2019

Page 30

1   A   No.
2   Q   Do you remember any orders on Sunday,
3   September 17th, 2017, chemical munitions were going to
4   be deployed?
5   A   No.
6   Q   Do you remember any orders or announcements
7   regarding the use of force that night?
8   A   No.
9   Q   What time did you get down there?
10  A   That I honestly don't remember. To be
11  honest --
12  Q   Go on.
13  A   -- I don't even remember my hours working,
14  to be honest with you. I believe I was 3:00 p.m. to
15  3:00 a.m.
16  Q   Were you ever in the military?
17  A   No.
18  Q   Do you remember anything about the specific
19  behavior of the individual in this video that night?
20  A   No.
21  Q   You're just pulling people out, zip cuffing
22  them and moving to the next.
23  A   Correct.
24  Q   And nothing stands out to you about this
25  arrest or detention.

Page 31

1   A   No.
2   MR. NEWTON: Let's go on break for just a
3   minute or two.
4   (A short recess was taken.)
5   BY MR. NEWTON:
6   Q   In your own words, can you walk me through
7   how the approach to this individual and the detention
8   and arrest transpired?
9   A   We were moving through the crowd, detaining
10  individuals. We were placing them in the prone
11  position and zip tying their hands behind their back.
12  Q   Let's go back to this. Can you see it with
13  the light on?
14  A   Yes.
15  Q   And just play it from the beginning one more
16  time here. Well, an additional time, maybe not the
17  last.
18  (Video played.)
19  BY MR. NEWTON:
20  Q   What position was this individual in when
21  you approached him?
22  A   I believe he was sitting or kneeling.
23  Q   Is there a reason that he wasn't just zip
24  tied as he sat there?
25  A   Just more tactical to place people in the

Page 32

1   prone position.
2   Q   And by prone position, you mean on the
3   ground.
4   A   Correct, arms up, face down on their belly.
5   Q   Was this individual displaying any type of
6   active threat to you at the time?
7   A   No.
8   Q   Did someone tell you to do it this way?
9   A   Just training.
10  Q   This is how you were trained to meet these
11  types of arrests and detentions?
12  A   Correct.
13  Q   You've handcuffed people from a standing
14  position before, correct?
15  A   Oh, yeah.
16  Q   So not everybody has to be in the prone
17  position to have handcuffs applied, correct?
18  A   Correct.
19  Q   Is there a reason that prone was selected
20  this day rather than from a standing position? Why
21  not just stand him up and flexi cuff him?
22  A   Just based on prior history, you know, if
23  you stand somebody up, you give them the opportunity
24  to potentially resist and/or run, flee.
25  Q   But he wasn't doing anything at this point

Page 33

1   to give you an indication that he was going to either
2   resist or run.
3   A   At that moment, no.
4   Q   At some point did he?
5   A   No.
6   Q   And it's a fair statement that when you went
7   in and selected this individual and put him in a prone
8   position, you hadn't seen him violate any laws,
9   correct?
10  A   Correct.
11  Q   Did you have any probable cause to believe
12  that this individual had broken the law?
13  A   No.
14  Q   You were just told to start detaining and
15  arresting people.
16  A   Correct.
17  Q   Can you in your career think of another
18  instance where that happened, where you've been
19  instructed to -- ordered to arrest somebody with no
20  specific probable cause that they committed a crime?
21  A   Arrest somebody?
22  Q   Yeah.
23  A   Detain. We've detained before.
24  Q   What was your understanding what was going
25  to happen to this person next after they were

9 (Pages 30 to 33)

Sturm Reporting Services, Inc.
314.780.2816

P.O. Samuel Rachas

5/22/2019

### Page 34

1  detained?
2  A  My understanding as a whole was for us to
3  detain the group of people and then an arrest team was
4  going to come in.
5  Q  And arrest them?
6  A  Correct.
7  Q  And, again, we're talking different
8  standards. Arrest requires some probable cause, but
9  detention just requires reasonable suspicion, correct?
10  A  Correct.
11  Q  And just to take it back a little bit
12  further, you didn't have any reasonable suspicion that
13  this person had broken any laws, correct?
14  A  Personally, no.
15  Q  Just go back to the beginning here.
16  (Video played.)
17  BY MR. NEWTON:
18  Q  At no time from selecting this individual to
19  putting him prone did this person resist you, did he?
20  A  No.
21  Q  There appears to be another individual here
22  in a tactical outfit that is either assisting or
23  participating in this detention. Would you agree with
24  me?
25  A  Yes.

### Page 35

1  Q  Do you know who that person is?
2  A  No.
3  Q  You've seen some white shirts roaming around
4  here, correct?
5  A  I mean, can I see them? Yes. I can see the
6  white shirt.
7  Q  Are you able to identify any of these
8  individuals, any of these white shirts? Let's go back
9  to the beginning and watch it with that question in
10  mind.
11  (Video played.)
12  BY MR. NEWTON:
13  Q  Any idea who this gentleman is by the trash
14  can?
15  A  No.
16  Q  Any of the white shirts identifiable to you?
17  A  No.
18  Q  At any point during the detention of the
19  individual in this video did you call for assistance
20  or aid?
21  A  No.
22  Q  Did you at any point feel threatened or
23  attacked?
24  A  No.
25  Q  Were you injured at all in the events that

### Page 36

1  took place on September 17, 2017?
2  A  No.
3  Q  What's your familiarity with the use of
4  force continuum?
5  A  General.
6  Q  Well, pop quiz time. Walk me through what
7  your understanding of the continuum is from the lowest
8  use of force to the highest.
9  A  The lowest I would say would be soft hands
10  techniques, i.e., arm bars, leg sweeps, things of that
11  nature.
12  Q  And then?
13  A  After that would be a baton strike, Taser or
14  OC spray. And then after that would be deadly force.
15  Q  What would be required for a baton strike or
16  the use of OC spray?
17  A  If you feel that you can't gain compliance
18  through the lower -- the lowest level of use of force.
19  Q  And you indicated earlier -- and I'm not
20  saying you used OC spray -- but this individual was
21  not resisting your arrest?
22  A  Not that I recall.
23  Q  What is your understanding if you deploy a
24  chemical munition? You have the small cans of mace.
25  I understand you're not on patrol anymore. When you

### Page 37

1  were on patrol, you had a small can of OC spray,
2  correct?
3  A  Correct.
4  Q  And if you were to deploy that, what would
5  happen next? What are you required to do post the
6  deployment of chemical munitions?
7  A  Notify immediate supervisor, and then
8  obviously you document it.
9  Q  Document it how?
10  A  You would generate an I-LEADS report. Our
11  department's way of --
12  Q  Are you allowed to deploy chemical munitions
13  and not file a report?
14  A  Not that I know of.
15  Q  Are there any procedures or processes that
16  you have to take with an individual or arrestee or
17  detainee after they've been maced or have had OC
18  deployed on them?
19  A  We're required to offer them medical care.
20  Q  And in what form?
21  A  I can't say specifically, but I believe
22  it's -- we normally just call for EMS and they
23  respond.
24  Q  What are your reporting requirements if you
25  use any of the soft touch use of force, leg sweep or

Sturm Reporting Services, Inc.
314.780.2816

d1af14f8-89c1-4f76-b48b-18da598d60e4