```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                        EASTERN DIVISION


DREW BURBRIDGE, et al.,         )
                                )
      Plaintiffs-Appellees,     ) Case No. 4:17-cv-02482-SRC
                                )
v.                              )
                                )
CITY OF ST. LOUIS, MARCUS       )
BIGGINS, BRIAN ROSSOMANNO,      )
SAMUEL RACHAS, and KEITH        )
BURTON,                         )
                                )
      Defendants-Appellants.    )
```

**NOTICE OF APPEAL**

Notice is hereby given that defendants Marcus Biggins, Brian Rossomanno, Samuel Rachas and Keith Burton appeal to the United States Court of Appeals for the Eighth Circuit from the order entered in this action on the 20th day of December, 2019 [doc. 104].

```
                      Respectfully submitted,
                      JULIAN L. BUSH
                      CITY COUNSELOR
                      /s/ Robert H. Dierker 23671(MO)
                          dierkerr@stlouis-mo.gov
                          Brandon Laird 65564(MO)
                          Associate City Counselors
                          Abby Duncan 67766(MO)
                          Megan Bruyns 69987(MO)
                          Amy Raimondo 71291(MO)
                          Assistant City Counselors
```

```
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361 Fax 314-622-4956
```