UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DREW E. BURBRIDGE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:17-CV-02482-SRC |
| | ) |
| CITY OF ST. LOUIS, MISSOURI, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO EXPEDITE CONSIDERATION OF MOTION FOR STAY PENDING DISPOSITION OF APPEAL

Defendants Biggins, Rossomanno, Rachas and Burton respectfully move the Court to expedite consideration of the defendants' motion to stay, shortening the time for response to defendants' motion to stay filed this date. In support, defendants state:

1. Trial of this matter is set for January 21, 2020. The pretrial conference is scheduled for January 9, 2020.

2. Individual defendants have filed their notice of appeal from this Court's order of December 20, 2019. Defendants have filed a concurrent motion to stay further proceedings pending disposition of the appeal.

3.     Local Rule 4.01(B) allows 14 days to respond to motions. Because trial preparation is ongoing, defendants respectfully submit that the motion to stay warrants an expeditious ruling from this Court so as to avoid potential disruption of trial if a stay must be requested from the Court of Appeals.  Allowing 14 days for a response to the motion will deprive the Court of sufficient time to rule on the motion before trial.

4.     Plaintiffs consent to this motion.

WHEREFORE, defendants respectfully request that consideration of the motion to stay be expedited and that the plaintiffs be directed to respond to defendants' motion for stay not later than January 8, 2020.

> Respectfully submitted,
> JULIAN L. BUSH
> CITY COUNSELOR
>
> /s/ Robert H. Dierker
> Robert H. Dierker 23671(MO)
> Associate City Counselor
> dierkerr@stlouis-mo.gov
> Brandon Laird 65564(MO)
> Associate City Counselor
> Abby Duncan 67766(MO)
> Assistant City Counselor
> Megan Bruyns 69987(MO)
> Assistant City Counselor
> Amy Raimondo 71291(MO)
> Assistant City Counselor
> 1200 Market St.
> City Hall, Rm 314
> St. Louis, MO 63103
> 314-622-3361

Fax 314-622-4956