IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNIFER L. BURBRIDGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No.: 4:17-CV-02482-SRC |
| BIGGINS, et al., | ) ) ) |
| Defendants. | ) ) |

### STIPULATION FOR DISMISSAL

COMES NOW Jennifer L. Burbridge, Personal Representative of the Estate of Drew Eugene Burbridge, Deceased, by and through her undersigned attorneys, Newton Barth, LLP, and hereby stipulates and agrees as follows:

On behalf of all plaintiff and all defendants, this action shall be dismissed in its entirety, with prejudice, each party to bear its' own attorneys' fees and costs.

Respectfully submitted,

**NEWTON BARTH, L.L.P.**

Talmage E. Newton IV, MO56647
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office

Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically served on all parties of record via the court's e-filing System on this 19th day of November, 2021.

                                          /s/ Talmage E. Newton IV